Opinion filed August 31,
2010

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-10-00199-CR

                                                    __________

 

                         JOSE
FRANCISCO GUERRERO, Appellant

 

                                                             V.

 

                                      STATE
OF TEXAS, Appellee



 

                                   On
Appeal from the 361st District Court

 

                                                           Brazos
County, Texas

 

                                          Trial Court
Cause No. 08-00585-CRF-361

 



 

                                           M
E M O R A N D U M     O P I N I O N

            Jose
Francisco Guerrero has filed in this court a motion to dismiss his appeal. 
Attached to the motion is Guerrero’s signed statement that he no longer desires
to continue his appeal.  The motion is granted, and the appeal is dismissed.

 

                                                                                    PER
CURIAM

August 31, 2010

Do not publish. 
See Tex. R. App. P. 47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.